1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

10

11   WHITNEY BRANCO,                          )   CASE NO. 4:11-cv-00088-CW
                                              )
12                    Plaintiff,              )
                                              )   **[PROPOSED] ORDER GRANTING
13        vs.                                 )   STIPULATION RE DISMISSAL OF
                                              )   ENTIRE ACTION AND ALL PARTIES,
14   GLOBAL CREDIT AND COLLECTION             )   WITH PREJUDICE**
     CORPORATION,                             )
15                                            )
                      Defendant.              )
16                                            )
                                              )
17                                            )
                                              )
18   ─────────────────────────────────────── )

19        The Court has reviewed the Stipulation of Defendant GLOBAL CREDIT & COLLECTION

20   CORPORATION ("Defendant"), by and through its respective counsel of record, Robert D.

21   Berglund, and by Plaintiff WHITNEY BRANCO ("Plaintiff"), by and through her respective

22   counsel of record, Sue Anne Melnick, to dismiss the above-entitled action, with prejudice, in its

23   entirety.  Pursuant to the Stipulation between the parties, the Court orders as follows:

24   / / /

25   / / /

26   / / /

27   / / /

28

1

06612.00/175070

1        1.        That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to

2    FRCP 41(a)(1).  Each party shall bear their own costs and expenses.

3

4    **IT IS SO ORDERED:**

5

6

7    DATED: __6/7/2011__



8                                          UNITED STATES DISTRICT COURT JUDGE

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

ORDER GRANTING STIPULATION RE DISMISSAL

06612.00/175070